IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-00009-FL

| | |
|---|---|
| JEANNE GRADY HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO REMAND |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including holding a new hearing, with additional vocational expert testimony, as needed. Plaintiff's counsel consents to the Government's Motion for Remand.

The Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing, with additional vocational expert testimony, as needed. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of August, 2016.

_____
Louise W. Flanagan
United States District Judge

2

Case 4:16-cv-00009-FL   Document 15   Filed 08/02/16   Page 2 of 2