## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## No. 4:16-CV-9-FL

| | | |
|---|---|---|
| JEANNE GRADY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT ORDER |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of Plaintiff and agreement by Defendant, it is ORDERED Defendant pay to Plaintiff $5,000.00 in attorney's fee in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)

ORDERED that the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. Defendant will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and, if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel at 412 Arendell Street, Morehead City, North Carolina 28557. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made payable to Plaintiff's counsel, Janet M. Lyles, of Davis, Murrelle & Lyles, P.A. and mailed to her above-noted business address, in accordance with Plaintiff's assignment to her attorney of her right to payment of an attorney's fee under the Equal Access to Justice Act.

So ordered this __26th__ day of _____August_____, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge