UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JEANNE GRADY HILL )
    Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:16-CV-9-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under section 406(b) of the Social Security Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 16, 2018, that plaintiff is entitled to attorney's fees and is specifically awarded $26,155.25.

**This Judgment Filed and Entered on February 16, 2018, and Copies To:**

Janet M. Lyles (via CM/ECF Notice of Electronic Filing)
George G. Davidson (via CM/ECF Notice of Electronic Filing)


February 16, 2018        PETER A. MOORE, JR., CLERK
                                   /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk